JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY DAVIS,<br><br>    Plaintiff,<br><br>    vs.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>    Defendants. | Case No. CV15-9343 VAP(DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed pursuant to Fed. R. Civ. P. 37(b)(2) with prejudice.

DATED: _February 15, 2017

*(signature)*
VIRGINIA A. PHILLIPS
CHIEF UNITED STATES DISTRICT JUDGE